UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BRANDON, LINDA S | § | Case No. 09-72354 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/29/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/04/2010        By: /s/MEGAN G. HEEG_____
                                     Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: BRANDON, LINDA S § Case No. 09-72354
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.63 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,000.63 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 1,350.06 | $ |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 1,250.00 | $ 32.25 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____  $_____  $_____
*Attorney for* _____  $_____  $_____
*Accountant for* _____  $_____  $_____
*Appraiser for* _____  $_____  $_____
*Other* _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,168.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 4,447.21 | $ 438.40 |
| 2 | Chase Bank USA, N.A. | $ 17,501.59 | $ 1,725.29 |
| 3 | Capital Recovery III LLC As Assignee of Sears - SE | $ 12,220.02 | $ 1,204.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                  Date Rcvd: Feb 08, 2010
Case: 09-72354                Form ID: pdf006            Total Noticed: 19
```

The following entities were noticed by first class mail on Feb 10, 2010.
```
db          +Linda S Brandon,    201 S Orange Street,    Morrison, IL 61270-2343
14018966    +Advantage One,    204 N Jackson St,    Morrison, IL 61270-3039
14018967    +Baker, Miller, Markoff,    29 N Wacker Drive, Fifth Floor,    Chicago, IL 60606-3221
14018968     Bank Of America,    De5-019-03-07,    Newark, DE  19714
14018964    +Brandon Linda S,    201 S Orange Street,    Morrison, IL 61270-2343
14018969    +Capital Management Services, LP,    726 Exchange St, Suite 700,    Buffalo, NY 14210-1464
14795277    +Capital Recovery III LLC As Assignee of Sears - SE,    Care of Recovery Management Systems Corp,
              25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14018970    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14473711     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14018975    +Robert Brandon,    514 N Base Street,    Morrison, IL 61270-2417
14018976    +Ward Murray, Pace & Johnson,    Attorney For Chase,    202 E 5th St,    Sterling, IL 61081-3651
```
The following entities were noticed by electronic transmission on Feb 08, 2010.
```
aty         +E-mail/Text: ELOHSE@FRONTIERNET.NET                           Thomas H Senneff,
              Attorney Thomas H. Senneff,    P. O. Box 347,    Fulton, IL 61252-0347
14209187    +E-mail/PDF: rmscedi@recoverycorp.com Feb 09 2010 00:59:44      Capital Recovery III LLC,
              Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
              Attn: Ramesh Singh
14426291     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 09 2010 00:52:14       DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14018971    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 09 2010 00:52:14       Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
14018972    +E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
14018973    +E-mail/Text: KATHY@EGBBL.COM                           Megan G Heeg,
              Ehrmann Gehlbach Badger & Lee,    Pob 447-215 E First St, Ste 100,    Dixon, IL 61021-0447
14018974    +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
14018965     E-mail/Text: ELOHSE@FRONTIERNET.NET                           Thomas H Senneff,
              408 11th Ave PO Box 347,    Fulton, IL  61252-0347
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
tr*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**                        **Signature:**  _Joseph Speetjens_