# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: BRANDON, LINDA S § Case No. 09-72354
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $85,993.56 | Assets Exempt: $21,408.56 |
| Total Distribution to Claimants: $3,368.32 | Claims Discharged Without Payment: $40,629.50 |
| Total Expenses of Administration: $2,632.31 | |

3) Total gross receipts of $ 6,000.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,585.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,632.31 | 2,632.31 | 2,632.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 56,217.00 | 34,168.82 | 34,168.82 | 3,368.32 |
| **TOTAL DISBURSEMENTS** | $123,802.00 | $36,801.13 | $36,801.13 | $6,000.63 |

    4) This case was originally filed under Chapter 7 on June 08, 2009.
. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010          By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial, Legal Desc: Pt SW Sec 3 Twp 21, Rng | 1110-000 | 5,900.00 |
| Autos, trucks, trailers, other vehicles, access. | 1129-000 | 100.00 |
| Interest Income | 1270-000 | 0.63 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Brandon | 4110-000 | 7,500.00 | N/A | N/A | 0.00 |
| Advantage One | 4110-000 | 60,085.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$67,585.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,350.06 | 1,350.06 | 1,350.06 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 32.25 | 32.25 | 32.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,632.31 | 2,632.31 | 2,632.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | 4,447.00 | 4,447.21 | 4,447.21 | 438.40 |
| Chase Bank USA, N.A. | 7100-000 | 17,501.00 | 17,501.59 | 17,501.59 | 1,725.29 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Capital Recovery III LLC As Assignee of Sears - SE | 7100-000 | 24,440.00 | 12,220.02 | 12,220.02 | 1,204.63 |
| Nicor Gas | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| Capital Management Services, LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| Discover Fin Svcs Llc | 7100-000 | 2,628.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 7,110.00 | N/A | N/A | 0.00 |
| Baker, Miller, Markoff | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 56,217.00 | 34,168.82 | 34,168.82 | 3,368.32 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72354  
**Case Name:** BRANDON, LINDA S  

**Period Ending:** 07/19/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/08/09 (f)  
**§341(a) Meeting Date:** 07/10/09  
**Claims Bar Date:** 12/03/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Commercial, Legal Desc: Pt SW Sec 3 Twp 21, Rng parcel co-owned with debtor's ex-husband | 16,000.00 | 5,900.00 | | 5,900.00 | FA |
| 2 | Debtors home located at 201 S Orange Street, | 69,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 2,026.87 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 290.38 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA, ERISA, Keogh, pension, profit sharing plan | 778.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, ERISA, Keogh, pension, profit sharing plan | 1,643.31 | 0.00 | DA | 0.00 | FA |
| 10 | Stock and interests in businesses | 6,255.00 | 0.00 | DA | 0.00 | FA |
| 11 | Autos, trucks, trailers, other vehicles, access. | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Autos, trucks, trailers, other vehicles, access. (Disassembled Harley motorcycle) | 500.00 | 100.00 | | 100.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.63 | FA |
| 13 | Assets   Totals (Excluding unknown values) | $102,493.56 | $6,000.00 | | $6,000.63 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 31, 2010    **Current Projected Date Of Final Report (TFR):** February 3, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-72354 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BRANDON, LINDA S | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | **-***4928 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/09 | | Steve Kuehl | sale of commercial building and parts of motorcycle | | 6,000.00 | | 6,000.00 |
| | {1} | | commerical building       5,900.00 | 1110-000 | | | 6,000.00 |
| | {12} | | motorcycle parts            100.00 | 1129-000 | | | 6,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 6,000.11 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.25 | | 6,000.36 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.23 | | 6,000.59 |
| 02/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.04 | | 6,000.63 |
| 02/04/10 | | To Account #********6466 | for final report | 9999-000 | | 6,000.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.63 | 6,000.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.63 | |
| | | | Subtotal | | 6,000.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,000.63 | $0.00 | |

{} Asset reference(s)                                                                                                        Printed: 07/19/2010 04:23 PM        V.12.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-72354 | | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | BRANDON, LINDA S | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | | **Account:** | ***-*****64-66 - Checking Account |
| **Taxpayer ID #:** | **-***4928 | | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 07/19/10 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/04/10 | | From Account #********6465 | for final report | 9999-000 | 6,000.63 | | 6,000.63 |
| 04/06/10 | | Wire out to BNYM account 9200******6466 | Wire out to BNYM account 9200******6466 | 9999-000 | -6,000.63 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-72354  
**Case Name:** BRANDON, LINDA S  

**Taxpayer ID #:** **-***4928  
**Period Ending:** 07/19/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6466 | Wire in from JPMorgan Chase Bank, N.A. account ********6466 | 9999-000 | 6,000.63 | | 6,000.63 |
| 04/27/10 | 10101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,350.06, Trustee Compensation; Reference: | 2100-000 | | 1,350.06 | 4,650.57 |
| 04/27/10 | 10102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,250.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,250.00 | 3,400.57 |
| 04/27/10 | 10103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $32.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 32.25 | 3,368.32 |
| 04/27/10 | 10104 | DISCOVER BANK | Dividend paid 9.85% on $4,447.21; Claim# 1; Filed: $4,447.21; Reference: | 7100-000 | | 438.40 | 2,929.92 |
| 04/27/10 | 10105 | Chase Bank USA, N.A. | Dividend paid 9.85% on $17,501.59; Claim# 2; Filed: $17,501.59; Reference: | 7100-000 | | 1,725.29 | 1,204.63 |
| 04/27/10 | 10106 | Capital Recovery III LLC As Assignee of Sears - SE | Dividend paid 9.85% on $12,220.02; Claim# 3; Filed: $12,220.02; Reference: | 7100-000 | | 1,204.63 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,000.63 | 6,000.63 | $0.00 |
| Less: Bank Transfers | 6,000.63 | 0.00 | |
| **Subtotal** | 0.00 | 6,000.63 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,000.63** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****64-65** | 6,000.63 | 0.00 | 0.00 |
| **Checking # ***-*****64-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******64-66** | 0.00 | 6,000.63 | 0.00 |
| | $6,000.63 | $6,000.63 | $0.00 |

{} Asset reference(s)  
Printed: 07/19/2010 04:23 PM    V.12.50